IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 13-605 |
| | : | |
| JANSSEN PHARMACEUTICALS, INC. | : | |

**FORFEITURE AND ORDER FOR JUDGMENT**

**AND NOW**, this 7th day of November, 2013, upon consideration of the Government's Motion for Forfeiture Judgment, (Document No. 5), the defendant having pleaded guilty to a violation of 21 U.S.C. §§331(a) and 333(a)(1), **IT IS ORDERED** as follows:

1.  Pursuant to 21 U.S.C. §§334 and 853(p) and 28 U.S.C. §2461(c), **JUDGMENT** in the amount of $66,000,000.00 is entered in favor of the United States and against the defendant Janssen Pharmaceuticals, Inc.;

2.  Upon payment by defendant of the $66,000,000.00 to the Government, all right, title and interest in the $66,000,000.00 is forfeited to the United States as substitute assets;

3.  Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Forfeiture and Order for Judgment shall become final as to all persons at the time of sentencing and shall be made part of the sentence and included in the judgment;

4.  The Court shall retain jurisdiction to enforce and amend this Forfeiture and Order for Judgment, as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

      S/ Timothy J. Savage
      TIMOTHY J. SAVAGE, J.